310 So.2d 247

In re Joel OSNER

v.

STATE.

Ex parte Joel Osner.

SC 1108.

Supreme Court of Alabama.

March 13, 1975.

Rehearing Denied April 10, 1975.

Bedford & Bedford, Russellville, for petitioner.

No appearance for the State.

SHORES, Justice.

Petition of Joel Osner for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Osner v. State, 54 Ala.App. —, 310 So.2d 241.

Writ denied.

HEFLIN, C. J., and MERRILL, MADDOX and JONES, JJ., concur.

302 So.2d 243

In re Jimmy Darrell OWENS

v.

STATE.

Ex parte Jimmy Darrell Owens.

SC 994.

Supreme Court of Alabama.

Oct. 24, 1974.

Ian F. Gaston and J. D. Quinlivan, Jr., Mobile, for petitioner.

No brief for the State.

MADDOX, Justice.

Petition of Jimmy Darrell Owens for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Owens v. State, 53 Ala.App. 553, 302 So.2d 240.

Writ denied.

HEFLIN, C. J., and MERRILL, HARWOOD and FAULKNER, JJ., concur.